# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ANTONIO JAY STEADMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1106

———————————————

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Lawrence M. Lefler, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.